JOHN A. RUSSO, City Attorney - SB#129729
RANDOLPH W. HALL, Asst. City Atty – SB#080142
STEPHEN Q. ROWELL, Deputy City Atty – SB#098228
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
sqrowell@oaklandcityattorney.org
Telephone:  (510) 238-6524  Fax:  (510) 238-6500
X03060:416874

Attorneys for Defendant
CITY OF OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILITY RIGHTS, INC.; AND MARIAN GRAY, as a Taxpayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OFFICE OF EMERGENCY SERVICES of the Oakland Fire Department; DEPARTMENT OF HUMAN SERVICES of the City of Oakland' OFFICE OF PARKS AND RECREATION of the City of Oakland; RENEE A. DOMINGO, in her official capacity as Director of the Office of Emergency Services; ANDREA YOUNGDAHL, in her official capacity as Director of the Department of Human Services; AUDREE JONES-TAYLOR, in her official capacity as Director of the Office of Parks and Recreation; and DEBORAH EDGERLY, in her official capacity as City Administrator of the City of Oakland,<br><br>Defendants. | Case No.  C07-04608 WHA<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

–1–

1    **California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.**
2    **United States District Court Case No. C07-04608 WHA**

3    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza,
4    6th Floor, Oakland, California 94612. On the date set forth below I served the within documents:

5    **DEFENDANTS' PETITION FOR REMOVAL TO FEDERAL COURT &**
6    **NOTICE OF PETITION FOR REMOVAL TO FEDERAL COURT**

7    **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

8    **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT**
9    **CONFERENCE IN CIVIL CASE CASES BEFORE JUDGE WILLIAM ALSUP**

10   **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CMC STATEMENT**

11   **GUIDELINES FOR USDC FILING PROCESS**

12   **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE**
13   **JURISDICTION**

14   **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

15   **ECF REGISTRATION INFORMATION HANDOUT**

16   ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this
17   date before 5:00 p.m.

18   ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland,
19   California addressed as set forth.

     ☐ by causing personal delivery by (name) of the document(s) listed above to
20   the person(s) at the address(es) set forth below.

21   ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

22   ☐ by causing such envelope to be sent by Federal Express/ Express Mail.

23   / / / /

24   / / / /

25   / / / /

26

PROOF OF SERVICE RE REMOVAL                                    C07-04608 WHA

1      Disability Right Advocates
       Sid Wolinsky
2      Jennifer Weiser Bezoza
       Mary-Lee Kimber
3      2001 Center Street, Fourth Floor
       Berkeley, CA  94704-1204
4

5          I am readily familiar with the City of Oakland's practice of collection and processing
   correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal
6  Service on that same day with postage thereon fully prepaid in the ordinary course of
   business.
7
           I declare under penalty of perjury under the laws of the State of California that the
8  above is true and correct.

9          Executed on September 11, 2007, at Oakland, California.

10
                                                    _____/s/_____
11                                                        Audrey A. Hall

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROOF OF SERVICE RE REMOVAL                                            C07-04608 WHA