IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND,<br><br>    Defendant.<br>_____/ | No. C 07-04608 WHA<br><br>**ORDER REASSIGNING CASE** |

The parties in this case have both consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. 636(c). The Magistrate Judge shall conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. The Clerk is hereby ordered to reassign the case to a magistrate judge.

**IT IS SO ORDERED.**

Dated: October 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE