| | |
|---|---|
| DISABILITY RIGHTS ADVOCATES<br>SID WOLINSKY (SBN 33716)<br>JENNIFER WEISER BEZOZA (SBN 247548)<br>MARY-LEE KIMBER (SBN 239086)<br>2001 Center Street, Fourth Floor<br>Berkeley, California 94704-1204<br>Telephone:   (510) 665-8644<br>Facsimile:    (510) 665-8511<br>TTY:             (510) 665-8716<br>Email:           general@dralegal.org<br><br>Attorneys for Plaintiffs | OFFICE OF THE CITY ATTORNEY<br>JOHN A. RUSSO (SBN 129729)<br>RANDOLPH W. HALL (SBN 080142)<br>WILLIAM E. SIMMONS (SBN 121266)<br>STEPHEN Q. ROWELL (SBN 098228)<br>One Frank Ogawa Plaza, Sixth Floor<br>Oakland, CA 94612<br>Telephone:   (510) 238-3865<br>Facsimile:    (510) 238-6500<br>E-mail: sqrowell@oaklandcityattorney.org<br><br>Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILITY RIGHTS, INC.; and MARIAN GRAY,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; OFFICE OF EMERGENCY SERVICES of the Oakland Fire Department; DEPARTMENT OF HUMAN SERVICES of the City of Oakland; OFFICE OF PARKS AND RECREATION of the City of Oakland; RENEE A. DOMINGO, in her official capacity as Director of the Office of Emergency Services; ANDREA YOUNGDAHL, in her official capacity as Director of the Department of Human Services; AUDREE JONES-TAYLOR, in her official capacity as Director of the Office of Parks and Recreation; and DEBORAH EDGERLY, in her official capacity as City Administrator of the City of Oakland;<br><br>                    Defendants. | Case No.: C 07-04608 EDL<br><br>**STIPULATION REQUESTING THE COURT TO ACCEPT FOR FILING PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Whereas Plaintiffs filed a Complaint for violation of civil rights and discrimination against people with disabilities in Superior Court of the State of California, Alameda County, on August 9, 2007;

Whereas Defendants filed an Answer to Plaintiffs' Complaint in Superior Court of the State of California, Alameda County, on August 31, 2007;

Whereas Defendants subsequently exercised their rights under the provisions of Title 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court of the State of California to United States District Court;

Whereas this action has been removed to the Northern District of California, which has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343;

Whereas Plaintiffs' Complaint was originally styled as a taxpayer's action, which is unavailable in federal court;

The undersigned parties, by and through their counsel of record, hereby stipulate to and request that the Court accept for filing Plaintiffs' First Amended Complaint, which removes the taxpayer claim, adds a claim under the Americans With Disabilities Act ("ADA"), and amends the jurisdiction and venue sections to reflect applicable federal standards.

SO STIPULATED.

DATED: October 9, 2007

DISABILITY RIGHTS ADVOCATES

By: *[signature]*
SID WOLINSKY
JENNIFER WEISER BEZOZA
MARY-LEE KIMBER
Attorneys for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATION REQUESTING THE COURT TO ACCEPT FOR FILING PLAINTIFFS' FIRST AMENDED COMPLAINT

1

1 | DATED: October 9, 2007      OFFICE OF THE CITY ATTORNEY

By: _____
JOHN A. RUSSO
RANDOLPH W. HALL
WILLIAM E. SIMMONS
STEPHEN Q. ROWELL
Attorneys for Defendants

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATION REQUESTING THE COURT TO ACCEPT FOR FILING PLAINTIFFS' FIRST AMENDED COMPLAINT

2