| | |
|---|---|
| DISABILITY RIGHTS ADVOCATES<br>SID WOLINSKY (SBN 33716)<br>JENNIFER WEISER BEZOZA (SBN 247548)<br>MARY-LEE KIMBER (SBN 239086)<br>2001 Center Street, Fourth Floor<br>Berkeley, California 94704-1204<br>Telephone:  (510) 665-8644<br>Facsimile:  (510) 665-8511<br>TTY:  (510) 665-8716<br>Email:  general@dralegal.org<br><br>Attorneys for Plaintiffs | OFFICE OF THE CITY ATTORNEY<br>JOHN A. RUSSO (SBN 129729)<br>RANDOLPH W. HALL (SBN 080142)<br>WILLIAM E. SIMMONS (SBN 121266)<br>STEPHEN Q. ROWELL (SBN 098228)<br>One Frank Ogawa Plaza, Sixth Floor<br>Oakland, CA 94612<br>Telephone:  (510) 238-3865<br>Facsimile:  (510) 238-6500<br>E-mail: sqrowell@oaklandcityattorney.org<br><br>Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILITY RIGHTS, INC.; and MARIAN GRAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; OFFICE OF EMERGENCY SERVICES of the Oakland Fire Department; DEPARTMENT OF HUMAN SERVICES of the City of Oakland; OFFICE OF PARKS AND RECREATION of the City of Oakland; RENEE A. DOMINGO, in her official capacity as Director of the Office of Emergency Services; ANDREA YOUNGDAHL, in her official capacity as Director of the Department of Human Services; AUDREE JONES-TAYLOR, in her official capacity as Director of the Office of Parks and Recreation; and DEBORAH EDGERLY, in her official capacity as City Administrator of the City of Oakland;<br><br>Defendants. | Case No.: C 07-04608 EDL<br><br>[~~Proposed~~] ORDER ACCEPTING FOR FILING PLAINTIFFS' FIRST AMENDED COMPLAINT |

1  Having reviewed the parties' stipulation requesting the Court accept Plaintiffs' First
2  Amended Complaint for filing, IT IS HEREBY ORDERED that Plaintiffs' First Amended
3  Complaint is accepted for filing.

5  Dated: __October 18_____, 2007

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States District Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.,* **Case No.: C 07 04608**
**[[Proposed] ORDER ACCEPTING FOR FILING PLAINTIFFS' FIRST AMENDED COMPLAINT**

1