1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar #121286
   STEPHEN Q. ROWELL, Deputy City Attorney- State Bar #098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-3865      Fax:  (510) 238-6500
   sqrowell@oaklandcityattorney.org
5
   Attorneys for Defendants
6  X03060/422531

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA FOUNDATION FOR          Case No. 07-04608 EDL
    INDEPENDENT LIVING CENTERS;
12  CALIFORNIAS FOR DISABILTITY        **DEFENDANTS' ANSWER TO FIRST**
    RIGHTS, INC;  and MARIAN GRAY, as  **AMENDED COMPLAINT**
    a Taxpayer,
13
                    Plaintiffs,
14
             v.
15
    CITY OF OAKLAND; OFFICE OF
16  EMERGENCY SERVICES of the
    Oakland Fire Department;
17  DEPARTMENT OF HUMAN SERVICES
    of the City of Oakland;
18  OFFICE OF PARKS AND
    RECREATION of the City of Oakland;
19  RENEE DOMINGO,
    in her official capacity of Director of the
20  Office of Emergency Services; ANDREA
    YOUNGDAHL, in her official capacity as
21  Director of the Department of Human
    Services; AUDREE JONES-TAYLOR, in
22  her official capacity as Director of the
    Office of Parks and Recreation; and
23  DEBORAH EDGARLY, in here official
    capacity as City  Administrator of the
24  City of Oakland;

25  Defendants.

26
                              - 1 -

Defendants CITY OF OAKLAND; OFFICE OF EMERGENCY SERVICES of the Oakland Fire Department; DEPARTMENT OF HUMAN SERVICES of the City of Oakland; OFFICE OF PARKS AND RECREATION of the City of Oakland; RENEE DOMINGO, in her official capacity of Director of Emergency Services; ANDREA YOUNGDAHL, in her official capacity as Director of the Department of Human Services; AUDREE JONES-TAYLOR, in her capacity as Director of the Office of Parks and Recreation; and DEBORAH EDGERLY, erroneously named herein as "DEBORAH EDGARLY" in here official capacity as City  Administrator of the City of Oakland answer First Amended Complaint herein as follows:

**INTRODUCTION**

**I.**

1.      Defendants deny each and every allegation set forth in paragraph 1 of the First Amended Complaint.        .

2.      Defendants deny each and every allegation set forth in paragraph 2 of the First Amended Complaint.

3.      Defendants deny each and every allegation set forth in paragraph 3 of the First Amended Complaint.

4.      Defendants deny each and every allegation set forth in paragraph 4 of the First Amended Complaint.

5.      Defendants deny each and every allegation set forth in paragraph 5 of the First Amended Complaint.

6.      Defendants deny each and every allegation set forth in paragraph 6 of the First Amended Complaint.

- 2 -

7.      Defendants admit each and every allegation set forth in paragraph 7 of the First Amended Complaint.

8.      Defendants lack information or belief sufficient to enable them to answer paragraphs 8 of the First Amended Complaint and based on this lack of information and belief deny each and every allegation contained therein.

9.      Defendants deny each and every allegation set forth in paragraph 9 of the First Amended Complaint.

## JURISDICTION

10.     Defendants admit each and every allegation set forth in paragraph 10 of the First Amended Complaint.

11.     Defendants admit each and every allegation set forth in paragraph 11 of the First Amended Complaint.

12.     Defendants admit each and every allegation set forth in paragraph 12 of the First Amended Complaint.

## VENUE

13.     Defendants admit that this case is properly venued in the Northern District of California as alleged in paragraph 13 of the First Amended Complaint.

## PARTIES

14.     Defendants lack information or belief sufficient to enable them to answer paragraphs 14 of the First Amended Complaint and based on this lack of information and belief deny each and every allegation contained therein

15.     Defendants lack information or belief sufficient to enable them to answer paragraphs 15 of the First Amended Complaint and based on this lack of information and belief deny each and every allegation contained therein.

- 3 -

DEFENDANTS' ANSWER                                     C07-04608 EDL
TO FIRST AMENDED COMPLAINT

16.    Defendants lack information or belief sufficient to enable them to answer

paragraphs 16 of the First Complaint and based on this lack of information and belief deny

each and every allegation contained therein.

17.    Defendants lack information or belief sufficient to enable them to answer

paragraphs 17 of the First Complaint and based on this lack of information and belief deny

each and every allegation contained therein.

18.    Defendants deny each and every allegation set forth in paragraph 18 of the First

Amended Complaint

19.    Defendants deny each and every allegation set forth in paragraph 19 of the First

Amended Complaint.

20.    Defendants deny each and every allegation set forth in paragraph 20 of the First

Amended Complaint.

21.    Defendants deny each and every allegation set forth in paragraph 21 of the First

Amended Complaint.

22.    Defendants deny each and every allegation set forth in paragraph 22 of the First

Amended Complaint.

23.    Defendants deny each and every allegation set forth in paragraph 23 of the First

Amended Complaint.

24.    Defendants deny each and every allegation set forth in paragraph 24 of the First

Amended Complaint.

25.    Defendants deny each and every allegation set forth in paragraph 25 of the First

Amended Complaint.

## FACTS

26.    Defendants lack information or belief sufficient to enable them to answer

paragraphs 26 of the First Complaint and based on this lack of information and belief deny

- 4 -

each and every allegation contained therein.

27.     Defendants lack information or belief sufficient to enable them to answer paragraphs 27 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

28.     Defendants lack information or belief sufficient to enable them to answer paragraphs 28 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

29.     Defendants lack information or belief sufficient to enable them to answer paragraphs 29 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

30.     Defendants lack information or belief sufficient to enable them to answer paragraphs 30 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

31.     Defendants lack information or belief sufficient to enable them to answer paragraphs 31 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

32.     Defendants lack information or belief sufficient to enable them to answer paragraphs 32 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

33.     Defendants lack information or belief sufficient to enable them to answer paragraphs 33 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

34.     Defendants lack information or belief sufficient to enable them to answer paragraphs 34 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

- 5 -

35.     Defendants lack information or belief sufficient to enable them to answer paragraphs 35 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

36.     Defendants lack information or belief sufficient to enable them to answer paragraphs 36 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

37.     Defendants lack information or belief sufficient to enable them to answer paragraphs 37 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

38.     Defendants lack information or belief sufficient to enable them to answer paragraphs 38 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

39.     Defendants lack information or belief sufficient to enable them to answer paragraphs 39 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

40.     Defendants lack information or belief sufficient to enable them to answer paragraphs 40 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

41.     Defendants lack information or belief sufficient to enable them to answer paragraphs 41 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

42.     Defendants lack information or belief sufficient to enable them to answer paragraphs 42 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

43.     Defendants lack information or belief sufficient to enable them to answer

DEFENDANTS' ANSWER
TO FIRST AMENDED COMPLAINT

C07-04608 EDL

paragraphs 43 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

44.     Defendants lack information or belief sufficient to enable them to answer paragraphs 44 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

45.     Defendants lack information or belief sufficient to enable them to answer paragraphs 45 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

46.     Defendants lack information or belief sufficient to enable them to answer paragraphs 46 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

47.     Defendants lack information or belief sufficient to enable them to answer paragraphs 47 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

48.     Defendants lack information or belief sufficient to enable them to answer paragraphs 48 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

49.     Defendants lack information or belief sufficient to enable them to answer paragraphs 49 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

50.     Defendants lack information or belief sufficient to enable them to answer paragraphs 50 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

51.     Defendants lack information or belief sufficient to enable them to answer paragraphs 51 of the First Complaint and based on this lack of information and belief deny

each and every allegation contained therein.

52.     Defendants lack information or belief sufficient to enable them to answer paragraphs 52 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

53.     Defendants admit each and every allegation set forth in paragraph 53 of the First Amended Complaint.

54.     Defendants lack information or belief sufficient to enable them to answer paragraphs 54 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

55.     Defendants admit each and every allegation set forth in paragraph 55 of the First Amended Complaint.

56.     Defendants deny each and every allegation set forth in paragraph 56 of the First Amended Complaint.

57.     Defendants deny each and every allegation set forth in paragraph 57 of the First Amended Complaint.

58.     Defendants deny each and every allegation set forth in paragraph 58 of the First Amended Complaint.

59.     Defendants deny each and every allegation set forth in paragraph 59 of the First Amended Complaint.

60.     Defendants admit each and every allegation set forth in paragraph 60 of the First Amended Complaint.

61.      Defendants deny each and every allegation set forth in paragraph 61 of the First Amended Complaint.

62.     Defendants deny each and every allegation set forth in paragraph 62 of the First Amended Complaint.

DEFENDANTS' ANSWER                                    C07-04608 EDL
TO FIRST AMENDED COMPLAINT

1

2

3

**FIRST CAUSE OF ACTION**
(Violation of Americans with Disabilities Act)

4

5

6

63.    In response to paragraphs 63 of the First Amended Complaint on file herein, defendant incorporates herein, by this reference as though fully set forth at length, his answers to the First Amended Complaint set forth in paragraphs 1 through 62, inclusive.

7

8

64.    Defendants admit each and every allegation set forth in paragraph 64 of the First Amended Complaint.

9

10

65.    Defendants admit each and every allegation set forth in paragraph 65 of the First Amended Complaint.

11

12

66.    Defendants admit each and every allegation set forth in paragraph 66 of the First Amended Complaint.

13

14

67.    Defendants admit each and every allegation set forth in paragraph 67 of the First Amended Complaint.

15

16

17

68.    Defendants lack information or belief sufficient to enable them to answer paragraph 68 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

18

19

69.    Defendants deny each and every allegation set forth in paragraph 69 of the First Amended Complaint.

20

21

70.    Defendants deny each and every allegation set forth in paragraph 70 of the First Amended Complaint.

22

23

71.    Defendants deny each and every allegation set forth in paragraph 71 of the First Amended Complaint.

24

25

**SECOND CAUSE OF ACTION**
(Violation of Section 504 of the Rehabilitation Act of 1973)

26

72.    In response to paragraphs 72 of the First Amended Complaint on file herein,

- 9 -

defendant incorporates herein, by this reference as though fully set forth at length, his answers to the First Amended Complaint set forth in paragraphs 1 through 71, inclusive.

73.   Defendants admit each and every allegation set forth in paragraph 73 of the First Amended Complaint.

74.   Defendants lack information or belief sufficient to enable them to answer paragraph 74 of the First Complaint and based on this lack of information and belief deny each and every allegation contained therein.

75.   Defendants admit each and every allegation set forth in paragraph 75 of the First Amended Complaint.

76.   Defendants deny each and every allegation set forth in paragraph 76 of the First Amended Complaint.

77.   Defendants deny each and every allegation set forth in paragraph 77 of the First Amended Complaint.

78.   Defendants deny each and every allegation set forth in paragraph 78 of the First Amended Complaint.

**THIRD CAUSE OF ACTION**
(Violation of California Civil Code §54, et seq.)

79.    In response to paragraphs 79 of the First Amended Complaint on file herein, defendant incorporates herein, by this reference as though fully set forth at length, his answers to the First Amended Complaint set forth in paragraphs 1 through 78, inclusive.

80.   Defendants deny each and every allegation set forth in paragraph 80 of the First Amended Complaint.

81.   Defendants deny each and every allegation set forth in paragraph 81 of the First Amended Complaint.

82.   Defendants deny each and every allegation set forth in paragraph 82 of the First Amended Complaint.

- 10 -

83.    Defendants deny each and every allegation set forth in paragraph 83 of the First Amended Complaint.

84.    Defendants deny each and every allegation set forth in paragraph 84 of the First Amended Complaint.

**FOURTH CAUSE OF ACTION**
(Violation of California Government Code §11135, et seq.)

85.    In response to paragraphs 85 of the First Amended Complaint on file herein, defendant incorporates herein, by this reference as though fully set forth at length, his answers to the First Amended Complaint set forth in paragraphs 1 through 84, inclusive.

86.    Defendants admit each and every allegation set forth in paragraph 86 of the First Amended Complaint.

87.    Defendants admit each and every allegation set forth in paragraph 87 of the First Amended Complaint.

88.    Defendants deny each and every allegation set forth in paragraph 88 of the First Amended Complaint.

89.    Defendants deny each and every allegation set forth in paragraph 89 of the First Amended Complaint.

90.    Defendants deny each and every allegation set forth in paragraph 90 of the First Amended Complaint.

**FIFTH CAUSE OF ACTION**
(Declaratory Relief)

91.  In response to paragraphs 91 of the First Amended Complaint on file herein, defendant incorporates herein, by this reference as though fully set forth at length, his answers to the First Amended Complaint set forth in paragraphs 1 through 90, inclusive.

92.    Defendants admit each and every allegation set forth in paragraph 92

DEFENDANTS' ANSWER                                    C07-04608 EDL
TO FIRST AMENDED COMPLAINT

of the First Amended Complaint.

93.    Defendants deny each and every allegation set forth in paragraph 93 of the First Amended Complaint.

**AFFIRMATIVE DEFENSES**

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE,** Defendants state that the First Amended Complaint fails to state a cause of action against these answering Defendants.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE,** Defendants allege that the injuries and damages Plaintiffs complain of, if any, resulted from the acts and/or omissions of others, and without any fault on the part of these answering Defendants.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**, Defendants allege that all actions by them, or their employees, agents or representatives were undertaken in good faith and with the reasonable belief that said actions were valid, necessary and constitutionally proper.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**, Defendants alleges that the First Amended Complaint and each cause of action contained therein is barred to the extent plaintiffs have failed to exhaust her appropriate administrative remedies or comply with the appropriate administrative requirements.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE,** Defendants allege that defendants' acts were privileged under applicable statutes and case law.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE,** Defendants assert that Plaintiffs' state claims are barred due to plaintiffs' failure to comply with the Government Tort Claims Act, Government Code section 905, et seq.

- 12 -

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE,** Defendants assert that each of the facilities where plaintiffs allege their rights were violated was an "already existing facility" within the meaning of the ADA and exempt from any access improvement requirements under the applicable guidelines.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE,** defendants allege that plaintiffs lack standing to bring these causes of action.

**AS AND FOR AN NINTH AFFIRMATIVE DEFENSE,** Defendants allege that the accommodations requested by Plaintiffs are not readily achievable, feasible, or required by applicable codes and/or would result in an undue burden on Defendants and others.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiffs are not entitled to recover any attorneys' fees under the ADA or state law on the ground that Defendants were already taking measures to remedy the sought after relief prior to the lawsuit.

**AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiffs claims are barred, in whole or part, by the doctrine of laches.

**AS AND FOR A TWELTH AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiffs claims are barred, in whole or in part, by the doctrine of waiver.

**AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiffs claims are barred, in whole or in part, by the doctrine of estoppel.

**AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiffs claims are barred, in whole or in part, by the doctrine of unclean hands.

**AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE,** Defendants alleges that some or all of Plaintiffs' claims are moot, and this court lacks jurisdiction.

- 13 -

WHEREFORE, Defendant prays that:

1.    Plaintiffs take nothing by their Complaint;

2.    Defendants have judgment against Plaintiffs;

3.    Defendants be awarded his costs of suit; and

4.    For such other and further relief as the Court may deem proper.

DATED:  October 30, 2007

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
STEPHEN Q. ROWELL, Deputy City Attorney


By:    _____/s/_____
       Attorneys for Defendants

- 14 -