DISABILITY RIGHTS ADVOCATES
SID WOLINSKY (SBN 33716)
JENNIFER WEISER BEZOZA (SBN 247548)
MARY-LEE KIMBER (SBN 239086)
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

Attorneys for Plaintiffs

OFFICE OF THE CITY ATTORNEY
JOHN A. RUSSO (SBN 129729)
RANDOLPH W. HALL (SBN 080142)
WILLIAM E. SIMMONS (SBN 121266)
STEPHEN Q. ROWELL (SBN 098228)
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-3865
Facsimile: (510) 238-6500
E-mail: sqrowell@oaklandcityattorney.org

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILITY RIGHTS, INC.; and MARIAN GRAY,

Plaintiffs,

v.

CITY OF OAKLAND; OFFICE OF EMERGENCY SERVICES of the Oakland Fire Department; DEPARTMENT OF HUMAN SERVICES of the City of Oakland; OFFICE OF PARKS AND RECREATION of the City of Oakland; RENEE A. DOMINGO, in her official capacity as Director of the Office of Emergency Services; ANDREA YOUNGDAHL, in her official capacity as Director of the Department of Human Services; AUDREE JONES-TAYLOR, in her official capacity as Director of the Office of Parks and Recreation; and DEBORAH EDGERLY, in her official capacity as City Administrator of the City of Oakland;

Defendants.

**Case No.: C 07-04608 EDL**

**STIPULATED REQUEST TO RELIEVE THE PARTIES OF ALL REQUIREMENTS OF THE FEDERAL RULES OF CIVIL PROCEDURE PRIOR TO THE CASE MANAGEMENT CONFERENCE**

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

2007-11-19 16:23 (510) 238-6500 >> 15106658511 P 3/4

WHEREAS counsel for Plaintiffs and Defendants have met several times since the filing of the Complaint on August 9, 2007, to try to resolve this matter;

WHEREAS counsel for both parties have been making good progress towards the resolution of this matter;

WHEREAS counsel for both parties agree that this case would benefit from Alternative Dispute Resolution (ADR) and agree to the assignment of any magistrate judge of this Court for this purpose;

WHEREAS compliance with the requirements of the Federal Rules of Civil Procedure to meet and confer and prepare a Rule 26(f) Report, discovery plan, initial disclosures, and joint case management statement will result an unnecessary expenditure of resources for both parties given this case is likely to settle;

WHEREAS the parties can update the Court on their progress towards settlement and discuss how to proceed with this matter at the Case Management Conference, currently scheduled for December 18, 2007, at 10:00 a.m.;

IT IS HEREBY STIPULATED, by and between the parties to this action, through their counsel of record, that the parties are relieved of all requirements of the Federal Rules of Civil Procedure prior to the Case Management Conference on December 18, 2007.

DATED: November 19, 2007

DISABILITY RIGHTS ADVOCATES

By: ______________________
MARY LEE KIMBER
SID WOLINSKY
JENNIFER WEISER BEZOZA
Attorneys for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATED REQUEST TO RELIEVE THE PARTIES OF ALL REQUIREMENTS OF THE FEDERAL RULES OF CIVIL PROCEDURE PRIOR TO THE CASE MANAGEMENT CONFERENCE

1

RECEIVED 11-19-'07 17:23 FROM- (510)2386500 TO- DRA P003/004

2007-11-19 16:23 (510) 238-6500 >> 15106658511 P 4/4

DATED: November 19 2007

OFFICE OF THE CITY ATTORNEY

By: STEPHEN Q. ROWELL
JOHN A. RUSSO
RANDOLPH W. HALL
WILLIAM E. SIMMONS
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 20 2007

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Elizabeth D. Laporte

DISABILITY RIGHTS ADVOCATES
3001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATED REQUEST TO RELIEVE THE PARTIES OF ALL REQUIREMENTS OF THE FEDERAL RULES OF CIVIL PROCEDURE PRIOR TO THE CASE MANAGEMENT CONFERENCE

2

RECEIVED 11-19-'07 17:23 FROM- (510)2386500 TO- DRA P004/004