| | |
|---|---|
| 1 | DISABILITY RIGHTS ADVOCATES |
| 2 | SID WOLINSKY (SBN 33716)<br>JENNIFER WEISER BEZOZA (SBN 247548) |
| 3 | MARY-LEE KIMBER (SBN 239086)<br>2001 Center Street, Fourth Floor |
| 4 | Berkeley, California 94704-1204<br>Telephone: (510) 665-8644 |
| 5 | Facsimile: (510) 665-8511<br>TTY: (510) 665-8716 |
| 6 | Email: general@dralegal.org |
| 7 | Attorneys for Plaintiffs |

OFFICE OF THE CITY ATTORNEY
JOHN A. RUSSO (SBN 129729)
RANDOLPH W. HALL (SBN 080142)
WILLIAM E. SIMMONS (SBN 121266)
STEPHEN Q. ROWELL (SBN 098228)
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-3865
Facsimile: (510) 238-6500
E-mail: sqrowell@oaklandcityattorney.org

Attorneys for Defendants

<div style="text-align:center">

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

</div>

Case No.: C 07-04608 EDL

CALIFORNIA FOUNDATION FOR
INDEPENDENT LIVING CENTERS;
CALIFORNIANS FOR DISABILITY
RIGHTS, INC.; and MARIAN GRAY,

               Plaintiffs,

v.

CITY OF OAKLAND; OFFICE OF
EMERGENCY SERVICES of the Oakland
Fire Department; DEPARTMENT OF
HUMAN SERVICES of the City of Oakland;
OFFICE OF PARKS AND RECREATION of
the City of Oakland; RENEE A. DOMINGO,
in her official capacity as Director of the
Office of Emergency Services; ANDREA
YOUNGDAHL, in her official capacity as
Director of the Department of Human
Services; AUDREE JONES-TAYLOR, in her
official capacity as Director of the Office of
Parks and Recreation; and DEBORAH
EDGERLY, in her official capacity as City
Administrator of the City of Oakland;

               Defendants.

**STIPULATED REQUEST TO RELIEVE
THE PARTIES OF ALL
REQUIREMENTS OF THE FEDERAL
RULES OF CIVIL PROCEDURE PRIOR
TO THE CASE MANAGEMENT
CONFERENCE**

<div style="writing-mode: vertical-rl">
DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644
</div>

WHEREAS counsel for Plaintiffs and Defendants have met several times since the filing of the Complaint on August 9, 2007, to try to resolve this matter;

WHEREAS counsel for both parties have been making good progress towards the resolution of this matter;

WHEREAS counsel for both parties agree that this case would benefit from Alternative Dispute Resolution (ADR) and agree to the assignment of any magistrate judge of this Court for this purpose;

WHEREAS compliance with the requirements of the Federal Rules of Civil Procedure to meet and confer and prepare a Rule 26(f) Report, discovery plan, initial disclosures, and joint case management statement will result an unnecessary expenditure of resources for both parties given this case is likely to settle;

WHEREAS the parties can update the Court on their progress towards settlement and discuss how to proceed with this matter at the Case Management Conference, currently scheduled for December 18, 2007, at 10:00 a.m.;

IT IS HEREBY STIPULATED, by and between the parties to this action, through their counsel of record, that the parties are relieved of all requirements of the Federal Rules of Civil Procedure prior to the Case Management Conference on December 18, 2007.

DATED:  November 19, 2007

DISABILITY RIGHTS ADVOCATES

By:

MARY LEE KIMBER
SID WOLINSKY
JENNIFER WEISER BEZOZA
Attorneys for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATED REQUEST TO RELIEVE THE PARTIES OF ALL REQUIREMENTS OF THE FEDERAL
RULES OF CIVIL PROCEDURE PRIOR TO THE CASE MANAGEMENT CONFERENCE

1

DATED: November/9 2007                    OFFICE OF THE CITY ATTORNEY

                                          By:
                                              STEPHEN Q. ROWELL
                                              JOHN A. RUSSO
                                              RANDOLPH W. HALL
                                              WILLIAM E. SIMMONS
                                              Attorneys for Defendants

PURSUANT TO STIPULATION. IT IS SO ORDERED.

Dated: November 20 2007

THE HONORABLE ELIZABETH D. LAPORTE
United States

IT IS SO ORDERED
Judge Elizabeth D. Laporte

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATED REQUEST TO RELIEVE THE PARTIES OF ALL REQUIREMENTS OF THE FEDERAL
RULES OF CIVIL PROCEDURE PRIOR TO THE CASE MANAGEMENT CONFERENCE

2