# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

California Foundation for Independent
Living Centers, et al.

        Plaintiff(s),

v.

City of Oakland, et al.

        Defendant(s).

CASE NO. C 07-04608 EDL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 18, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Sid Wolinsky | Plaintiffs | 510-665-8644 | swolinsky@dralegal.org |
| Jennifer Bezoza | Plaintiffs | 510-665-8644 | jbezoza@dralegal.org |
| Stephen Q. Rowell | Defendants | (510) 238-3865 | sqrowell@oaklandcityattorney.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/26/07

                              Attorney for Plaintiff

Dated: 11/26/07

                              Attorney for Defendant

Rev 12/05