IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | No. C-07-04608 EDL<br><br>**ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE** |

This matter is randomly referred to a Magistrate Judge to conduct a settlement conference within ninety days, if possible. Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's Chambers.

**IT IS SO ORDERED.**

Dated: December 10, 2007

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge