UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION OF INDEFENDENT LIVING CENTERS,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendant(s). | No. C07-4608 EDL (BZ)<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above action. The Settlement Conference date scheduled for March 6, 2008 before Magistrate Judge Bernard Zimmerman is **VACATED.**

Dated: December 12, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

1