UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION OF INDEPENDENT LIVING CENTERS, <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendant(s). | No.  C07-4608 EDL (BZ) <br><br> **NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.  The Settlement Conference date scheduled for March 6, 2008 before Magistrate Judge Bernard Zimmerman is **VACATED.**

Dated: December 12, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

1