In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: December 18, 2007

Case No: **C-07-04608 (EDL)**

Case Name: **CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS v. CITY OF OAKLAND**

Attorneys:  Pltf: Sid Wolinsky         Deft: Steven Rowell
            Stephanie Bierdermann

Deputy Clerk: Lili M. Harrell          FTR Digital Recorder: 10:35am - 10:39am

**PROCEEDINGS:**
Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**

**Order to be prepared by:** [] Plntf  [] Deft  [] Court

**Case continued to:** February 26, 2008 at 10:00am for further case management conference.

**Notes:**

cc: