DISABILITY RIGHTS ADVOCATES
SID WOLINSKY (SBN 33716)
JENNIFER WEISER BEZOZA (SBN 247548)
MARY-LEE KIMBER (SBN 239086)
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:    (510) 665-8644
Facsimile:     (510) 665-8511
TTY:            (510) 665-8716
Email:          general@dralegal.org

Attorneys for Plaintiffs

OFFICE OF THE CITY ATTORNEY
JOHN A. RUSSO (SBN 129729)
RANDOLPH W. HALL (SBN 080142)
WILLIAM E. SIMMONS (SBN 121266)
STEPHEN Q. ROWELL (SBN 098228)
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone:    (510) 238-3865
Facsimile:     (510) 238-6500
E-mail: sqrowell@oaklandcityattorney.org

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA FOUNDATION FOR
INDEPENDENT LIVING CENTERS;
CALIFORNIANS FOR DISABILITY
RIGHTS, INC.; and MARIAN GRAY,

                    Plaintiffs,

v.

CITY OF OAKLAND; OFFICE OF
EMERGENCY SERVICES of the Oakland
Fire Department; DEPARTMENT OF
HUMAN SERVICES of the City of Oakland;
OFFICE OF PARKS AND RECREATION of
the City of Oakland; RENEE A. DOMINGO,
in her official capacity as Director of the
Office of Emergency Services; ANDREA
YOUNGDAHL, in her official capacity as
Director of the Department of Human
Services; AUDREE JONES-TAYLOR, in her
official capacity as Director of the Office of
Parks and Recreation; and DEBORAH
EDGERLY, in her official capacity as City
Administrator of the City of Oakland;

                    Defendants.

Case No.: C 07-04608 EDL

**STIPULATED REQUEST TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 26, 2008.**

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1        WHEREAS the parties met with Judge Laporte on December 18, 2007 and set the Case

2   Management Conference with Judge Laporte for 10 a.m. on February 26, 2008;

3        WHEREAS the parties received an order on December 20, 2007 from Judge Larson

4   setting the Settlement Conference for the same day and time: February 26, 2008 at 10 a.m.;

5        WHEREAS counsel for both parties agree that this case would benefit from attempting

6   settlement talks prior to another meeting with Judge Laporte;

7        WHEREAS the parties are available for a postponed Case Management Conference

8   during the week beginning Monday March 17, 2008 and the week beginning March 24, 2008;

9

10   IT IS HEREBY STIPULATED, by and between the parties to this action, through their counsel

11   of record, that the current Case Management Conference should be postponed accordingly and so

12   ordered by the Court.

13

14   DATED:  December 20, 2007                    DISABILITY RIGHTS ADVOCATES

15

16                                         By:

17                                              SID WOLINSKY
                                                JENNIFER WEISER BEZOZA
18                                              MARY-LEE KIMBER
                                                Attorneys for Plaintiffs
19

20

21   DATED:  December 20, 2007                    OFFICE OF THE CITY ATTORNEY

22

23                                         By:

24                                              JOHN A. RUSSO
                                                RANDOLPH W. HALL
25                                              WILLIAM E. SIMMONS
                                                STEPHEN Q. ROWELL
26                                              Attorneys for Defendants

27

28

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.,* Case No.: C 07 04608
STIPULATED REQUEST TO RELIEVE THE PARTIES OF THE REQUIREMENT TO FILE A JOINT
CASE MANAGEMENT STATEMENT AND PROPOSED ORDER BY DECEMBER 11, 2007

1

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

Dated:  December   , 2007

4    _____

5    THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATED REQUEST TO RELIEVE THE PARTIES OF THE REQUIREMENT TO FILE A JOINT
CASE MANAGEMENT STATEMENT AND PROPOSED ORDER BY DECEMBER 11, 2007

2