DISABILITY RIGHTS ADVOCATES
SID WOLINSKY (SBN 33716)
JENNIFER WEISER BEZOZA (SBN 247548)
MARY-LEE KIMBER (SBN 239086)
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

Attorneys for Plaintiffs

OFFICE OF THE CITY ATTORNEY
JOHN A. RUSSO (SBN 129729)
RANDOLPH W. HALL (SBN 080142)
WILLIAM E. SIMMONS (SBN 121266)
STEPHEN Q. ROWELL (SBN 098228)
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-3865
Facsimile: (510) 238-6500
E-mail: sqrowell@oaklandcityattorney.org

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILITY RIGHTS, INC.; and MARIAN GRAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; OFFICE OF EMERGENCY SERVICES of the Oakland Fire Department; DEPARTMENT OF HUMAN SERVICES of the City of Oakland; OFFICE OF PARKS AND RECREATION of the City of Oakland; RENEE A. DOMINGO, in her official capacity as Director of the Office of Emergency Services; ANDREA YOUNGDAHL, in her official capacity as Director of the Department of Human Services; AUDREE JONES-TAYLOR, in her official capacity as Director of the Office of Parks and Recreation; and DEBORAH EDGERLY, in her official capacity as City Administrator of the City of Oakland;<br><br>Defendants. | Case No.: C 07-04608 EDL<br><br>**STIPULATED REQUEST TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FEBRUARY 26, 2008.** |

WHEREAS the parties met with Judge Laporte on December 18, 2007 and set the Case Management Conference with Judge Laporte for 10 a.m. on February 26, 2008;

WHEREAS the parties received an order on December 20, 2007 from Judge Larson setting the Settlement Conference for the same day and time: February 26, 2008 at 10 a.m.;

WHEREAS counsel for both parties agree that this case would benefit from attempting settlement talks prior to another meeting with Judge Laporte;

WHEREAS the parties are available for a postponed Case Management Conference during the week beginning Monday March 17, 2008 and the week beginning March 24, 2008;

IT IS HEREBY STIPULATED, by and between the parties to this action, through their counsel of record, that the current Case Management Conference should be postponed accordingly and so ordered by the Court.

DATED: December 20, 2007

DISABILITY RIGHTS ADVOCATES

By: _____
SID WOLINSKY
JENNIFER WEISER BEZOZA
MARY-LEE KIMBER
Attorneys for Plaintiffs

DATED: December 20, 2007

OFFICE OF THE CITY ATTORNEY

By: _____
JOHN A. RUSSO
RANDOLPH W. HALL
WILLIAM E. SIMMONS
STEPHEN Q. ROWELL
Attorneys for Defendants

---

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATED REQUEST TO RELIEVE THE PARTIES OF THE REQUIREMENT TO FILE A JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER BY DECEMBER 11, 2007

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Case Management Conference is continued to March 18, 2008 at 10:00 a.m. A joint case management conference statement shall be filed no later than March 11, 2008.

Dated: ~~December    2007~~
       January 7, 2008

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

---

*California Foundation for Independent Living Centers, et al. v. City of Oakland, et al.*, Case No.: C 07 04608
STIPULATED REQUEST TO RELIEVE THE PARTIES OF THE REQUIREMENT TO FILE A JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER BY DECEMBER 11, 2007