UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA FOUNDATION FOR
INDEPENDENT LIVING CENTERS,

     Plaintiff,

     v.

CITY OF OAKLAND,

     Defendant.
_____/

No. 07-04608 EDL (JL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference currently scheduled for March 18, 2008 has been continued until May 20, 2008 at 10:00 a.m. before Magistrate Judge Laporte. The parties shall file an updated joint case management statement no later than May 13, 2008.

Dated: February 27, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy