# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

Date: February 26, 2008

Case No.: C 07-4608 EDL (JL)

Case Name:   CA Foundation, et al., v. City of Oakland, et al.,

**Counsel Present:**      **Plaintiff**: Sid Wolinsky

　　　　　　　　　　　　**Defendant:** Stephen Q. Rowell

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

|   |   |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| ___X___ | Did not settle |
|   | Further settlement conference ordered:    ___X___ |

**Time:**   1.5 hrs

**Comments:** A further settlement conference is set for **Friday, May 9, 2008 at 10:00 a.m.** The parties are directed to contact Judge Larson chambers if the date presents a problem.

　　　　　　　　　　　　　　　　　　　　　　　_Venice E. Thomas_
　　　　　　　　　　　　　　　　　　　　　　　Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Lili Harrell