JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND

X03060/448258

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILTITY RIGHTS, INC; and MARIAN GRAY, as a Taxpayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendants. | Case No. C 07-04608 EDL<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE** |

The parties have had private settlement discussions since their initial settlement conference before Magistrate Judge Larson on February 26, 2008. Significant progress has been made toward the final resolution of this case. The parties have agreed that the City would retain disability access consultant June Kailes to assist in developing a mass care and shelter plan. The parties agreed the Ms. Kailes would begin working on a plan on April 1, 2008. Unfortunately, Ms. Kailes' contract with the City has been delayed until she can acquire the appropriate professional liability insurance coverage. City

City staffers have been assisting Ms. Kailes in this respect and the parties expect this issue to be resolved shortly. The parties do not believe participation in a settlement conference will be fruitful until Ms. Kailes' contract has been finalized and she has had an opportunity to establish the parameters of her plan. The parties have agreed to stipulate to a continuance of the case management conference currently scheduled before Magistrate Judge Laporte from May 20, 2008 to July 29, 2008.

In light of the foregoing, the parties hereby stipulate that the settlement conference scheduled take place in this matter be continued from May 9, 2008 at 10:00 a.m. to July 9, 2008 at 2:00 p.m. or as soon thereafter as is convenient for the court.

_____  Date: 5/2/08
STEPHEN Q. ROWELL, ESQ.
Attorney for Defendant
CITY OF OAKLAND

_____  Date: 05/02/08
SID WOLINSKY, ESQ.
STEPHANIE BIEDERMANN, ESQ.
Attorneys for Plaintiffs

**ORDER**

It is so ordered.

_____
JAMES LARSON
Magistrate Judge,
United States District Court