JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND

X03060/44253

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILTITY RIGHTS, INC; and MARIAN GRAY, as a Taxpayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendants. | Case No. C 07-04608 EDL<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The parties have been meeting privately and participating in settlement discussions before Magistrate Judge James Larson. Significant progress has been made toward the final resolution of this case. The parties have stipulated to continue a settlement conference before Judge Larson from May 9, 2008 to July 9, 2008 in order to facilitate implementation of a condition of the proposed settlement.

In light of the foregoing, the parties hereby stipulate that the case management conference scheduled to take place in this matter be continued from May

1  20, 2008 at 10:00 a.m. to July 29, 2008 at 10:00 a.m. or as soon thereafter as is
2  convenient for the court.

3
4  _____  Date: 5/07/08
   STEPHEN Q. ROWELL, ESQ.
5  Attorney for Defendant
   CITY OF OAKLAND
6

7
8  _____  Date: 5/07/08
   SID WOLINSKY, ESQ
9  STEPHANIE BIEDERMANN, ESQ.
   Attorneys for Plaintiffs

## ORDER

It is so ordered.

_____
ELIZABETH D. LAPORTE
Magistrate Judge,
United States District Court