1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
   STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865     Fax: (510) 238-6500
   Email: sqrowell@oaklandcityattorney.org
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7  X03060/44253

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   CALIFORNIA FOUNDATION FOR           Case No. C 07-04608 EDL
12 INDEPENDENT LIVING CENTERS;
   CALIFORNIANS FOR DISABILTIY         STIPULATION AND ~~PROPOSED~~
13 RIGHTS, INC; and MARIAN GRAY, as a  ORDER FOR CONTINUANCE OF CASE
   Taxpayer,                           MANAGEMENT CONFERENCE
14
            Plaintiffs,
15
       v.
16
   CITY OF OAKLAND,
17
   Defendants.
18

19
            The parties have been meeting privately and participating in settlement
20
   discussions before Magistrate Judge James Larson. Significant progress has been made
21
   toward the final resolution of this case. The parties have stipulated to continue a
22
   settlement conference before Judge Larson from May 9, 2008 to July 9, 2008 in order to
23
   facilitate implementation of a condition of the proposed settlement.
24
            In light of the foregoing, the parties hereby stipulate that the case
25
   management conference scheduled to take place in this matter be continued from May
26

STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  20, 2008 at 10:00 a.m. to July 29, 2008 at 10:00 a.m. or as soon thereafter as is
2  convenient for the court.

3
4  _____  Date: 5/07/08
    STEPHEN Q. ROWELL, ESQ.
5   Attorney for Defendant
    CITY OF OAKLAND
6

7
8  _____  Date: 5/07/08
    SID WOLINSKY, ESQ
9   STEPHANIE BIEDERMANN, ESQ.
    Attorneys for Plaintiffs
10

11

12

13  The Case Management Conference is continued to August 5, 2008 at 10:00am. The parteis shall file a joint case management statement no later than July 29, 2008.

14

15                                ORDER

16  It is so ordered.
17  May 8, 2008
                                _____
18                              ELIZABETH D. LAPORTE
                                Magistrate Judge
19                              United States

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

-2-
STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE