1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-3865       Fax:  (510) 238-6500
   Email: sqrowell@oaklandcityattorney.org
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7  X03060/44253

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   | CALIFORNIA FOUNDATION FOR | Case No. C 07-04608 EDL |
12 | INDEPENDENT LIVING CENTERS; | |
   | CALIFORNIANS FOR DISABILTIY | STIPULATION AND ~~PROPOSED~~ |
13 | RIGHTS, INC; and MARIAN GRAY, as a | ORDER FOR CONTINUANCE OF CASE |
   | Taxpayer, | MANAGEMENT CONFERENCE |
14 | | |
   |          Plaintiffs, | |
15 | | |
   |    v. | |
16 | | |
   | CITY OF OAKLAND, | |
17 | | |
   |          Defendants. | |
18

19
20       The parties have been meeting privately and participating in settlement
21 discussions before Magistrate Judge James Larson.  Significant progress has been made
22 toward the final resolution of this case.  The parties have stipulated to continue a
23 settlement conference before Judge Larson from May 9, 2008 to July 9, 2008 in order to
24 facilitate implementation of a condition of the proposed settlement.
25       In light of the foregoing, the parties hereby stipulate that the case
26 management conference scheduled to take place in this matter be continued from May

STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  20, 2008 at 10:00 a.m. to July 29, 2008 at 10:00 a.m. or as soon thereafter as is
2  convenient for the court.

3
4  _____  Date: 5/07/08
   STEPHEN Q. ROWELL, ESQ.
5  Attorney for Defendant
   CITY OF OAKLAND
6

7
8  _____  Date: 5/07/08
   SID WOLINSKY, ESQ
9  STEPHANIE BIEDERMANN, ESQ.
   Attorneys for Plaintiffs
10
11
12

13  The Case Management Conference is continued to August 5, 2008 at 10:00am. The parteis shall file a joint case management statement no later than July 29, 2008.
14

15                    **ORDER**

16  **It is so ordered.**
17  May 8, 2008
18                    _____
                      ELIZABETH D. LAPORTE
19                    Magistrate Judge
                      United States

       IT IS SO ORDERED
       Judge Elizabeth D. Laporte

STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE