**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA FOUNDATION FOR
INDEPENDENT LIVING CENTERS,
et al.,

        Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

        Defendant(s).
_____/

No. C 07-04608 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference currently scheduled for August 5, 2008 has been continued to **November 4, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. An updated joint case management statement shall be filed no later than October 28, 2008.

Dated: July 23, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy