UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION OF INDEPENDENT LIVING CENTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 07-4608 EDL (JL)<br><br>CONTINUANCE OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The further Settlement Conference has been continued from Wednesday, July 9, 2008 to **Friday, August 15, 2008 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

**At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of a updated Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.**

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

SETTLEMENT CONFERENCE NOTICE         1

**United States District Court**
For the Northern District of California

1
2  DATED:   July 24, 2008
3
   _____
4  JAMES LARSON
   Chief Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SETTLEMENT CONFERENCE NOTICE         2