

2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Phone (510) 665-8644
Fax (510) 665-8511
TTY (510) 665-8716
www.dralegal.org

**BOARD OF DIRECTORS**
William F. Alderman
*Orrick, Herrington & Sutcliffe*
Leslie Aoyama
*Nordstrom*
Shelley Bergum
*California Communications Access Foundation*
Peter Blanck
*Burton Blatt Institute*
Mark A. Chavez
*Chavez & Gertler LLP*
Linda Dardarian
*Goldstein, Demchak, Baller, Borgen & Dardarian*
Benjamin Foss
*Intel Corporation*
Laurence Paradis
*Disability Rights Advocates*
Walter Park
*Access Consultant*
Anne E. Schneider
*LD Access Foundation, Inc.*
Todd Schneider
*Schneider & Wallace*
Michael P. Stanley
*Legal Consultant*
Liane Chie Yasumoto
*Culture! Disability! Talent!*

**ATTORNEYS AND FELLOWS**
Laurence Paradis
*Executive Director*
Sid Wolinsky
*Litigation Director*
Melissa Kasnitz
*Managing Attorney*
Jennifer Weiser Bezoza
*Senior Staff Attorney*
Roger Heller
*Senior Staff Attorney*
Katherine Weed
*Staff Attorney*
*(Admitted in MI and MA only)*
Kevin Knestrick
*Staff Attorney*
Mary-Lee Kimber
*Staff Attorney*
Kasey Corbit
*Staff Attorney*
Stephanie Biedermann
*Arthur Liman Fellow*
Julia Pinover
*David Boies / LD Access Fellow*

**ADVISORY BOARD**
Joseph Cotchett
*Cotchett, Pitre & McCarthy*
Hon. Joseph Grodin
*Retired Justice, Calif. Supreme Court*
Kathleen Hallberg
*Ziffren, Brittenham & Branca*
Karen Kaplowitz
*New Ellis Group*
Hon. Charles Renfrew
*Retired, United States District Judge*
Margaret R. Roisman
*Roisman Henel LLP*
Guy T. Saperstein
Fernando M. Torres-Gil, Ph.D.
*University of Calif. Los Angeles*
Gerald Uelmen
*Santa Clara University School of Law*

August 28, 2008

Magistrate Judge James Larson
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

RE:  CFILC, et al. v. City of Oakland, et al.
     C 07-04608 EDL (JL)

Pursuant to telephone instructions received today from Judicial Assistant Venice Thomas, and having conferred with Defendants, we are writing to confirm that both parties are available on Wednesday, November 12, 2008 at 2:00 pm to conduct the settlement conference recently taken off calendar.

Thank you.

*[signature]*
Stephanie Biedermann
Attorney for Plaintiffs

cc:  Steve Rowell (via email)
     Vicki Laden (via email)
     Sid Wolinsky
     Katherine Weed

**IT IS SO ORDERED**
*[signature: James Larson]*
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA