JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:  (510) 238-3865      Fax:  (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND

X03060/528666

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILTITY RIGHTS, INC; and MARIAN GRAY, as a Taxpayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendants. | Case No. C 07-04608 EDL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
|---|---|

    The parties have been meeting privately and participating in settlement discussions before Magistrate Judge James Larson.  Significant progress has been made toward the final resolution of this case.  A settlement conference is scheduled to take place on November 12, 2008 and the parties are optimistic that a tentative settlement agreement will be reached at that time.

    In light of the foregoing, the parties hereby stipulate that the case management conference scheduled take place in this matter be continued from

1 | November 4, 2008 at 10:00 a.m. to November 18, 2008 at 10:00 a.m. or as soon
2 | thereafter as is convenient for the court.

_____    Date: 10/23/08
STEPHEN Q. ROWELL, ESQ.
Attorney for Defendant
CITY OF OAKLAND

_____    Date: October 23, 2008
SID WOLINSKY, ESQ
STEPHANIE BIEDERMANN, ESQ.
Attorney for Plaintiffs

ORDER

**It is so ordered.**

Dated: October 27, 2008

_____
ELIZABETH
Magistrate Judge,
United States District Court

IT IS SO ORDERED
Judge Elizabeth D. Laporte