# CITY OF OAKLAND



ONE FRANK OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney
John A. Russo
City Attorney
Stephen Q. Rowell

March 5, 2009

(510) 238-3601
FAX: (510) 238-6500
TDD: (510) 839-6451
(510) 238-3865

**VIA E-FILE and FIRST CLASS MAIL**

Hon. James Larson
Chief Magistrate Judge
450 Golden Gate Ave, 15th Floor, Ctrm F
San Francisco, CA 94102

Re: **CFILC, et al. v. City of Oakland, et al.**
C 07-04608 EDL (JL)

Dear Judge Larson:

This letter confirms that a further settlement conference has been scheduled to take place in the captioned matter on July 10, 2009 at 10:00 a.m. Further, your staff will notify the undersigned should you become available to conduct the conference April.

If our understanding of the foregoing is different from yours, please advise immediately. Your cooperation is greatly appreciated.

Sincerely,

JOHN A. RUSSO
City Attorney

By: _____
STEPHEN Q. ROWELL
Senior Deputy City Attorney

CC: Sid Wolinsky, Esq.
Stephanie Biederman, Esq.

*[STAMP: IT IS SO ORDERED — Judge James Larson — United States District Court, Northern District of California]*