# CITY OF OAKLAND



ONE FRANK OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney
John A. Russo
City Attorney
Stephen Q. Rowell

June 26, 2009

(510) 238-3601
FAX: (510) 238-6500
TDD: (510) 839-6451
(510)238-3865

**VIA E-FILE and FIRST CLASS MAIL**

Hon. James Larson
Chief Magistrate Judge
450 Golden Gate Ave, 15th Floor, Ctrm F
San Francisco, CA 94102

ORIGINAL FILED
JUN 29 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA

Re:   **CFILC, et al. v. City of Oakland, et al.**
      C 07-04608 EDL (JL)

Dear Judge Larson:

This confirms my conversation with your staff this morning during which I communicated the parties agreement to continue the settlement conference now scheduled to take place on July 10, 2009 to August 5, 2009 at 2:00 p.m. due the unavailability of counsel for the City of Oakland and to allow the parties time to finalize a proposed settlement agreement in this case.

Thank you for your cooperation in this matter. Should you have any questions or concerns, please feel free to contact the undersigned.

Sincerely,

JOHN A. RUSSO
City Attorney

SO ORDERED
_____
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

By: _____
STEPHEN Q. ROWELL
Senior Deputy City Attorney

CC: Sid Wolinsky, Esq.
    Fax: (510) 665-8511