JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865   Fax: (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND

X03060/583176

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILTITY RIGHTS, INC; and MARIAN GRAY, as a Taxpayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendants. | Case No. C 07-04608 EDL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The parties have been meeting privately and participating in settlement discussions before Magistrate Judge James Larson. The parties are very close to a final resolution of this case. The parties have stipulated to continue a settlement conference before Judge Larson from July 10, 2009 to August 5, 2009 due to the unavailabity of counsel for the City of Oakland and to finish working out a settlement agreement.

In light of the foregoing, the parties hereby stipulate that the case management conference scheduled take place in this matter be continued from July 9,

1 | 2009 at 10:00 a.m. to August 18, 2009 at 10:00 a.m. or as soon thereafter as is
2 | convenient for the court.

_Stephen Rowell_ 7-1-09        Date: 6/30/09
STEPHEN Q. ROWELL, ESQ.
Attorney for Defendant
CITY OF OAKLAND

_[signature]_                  Date: 6/29/09
SID WOLINSKY, ESQ
STEPHANIE BIEDERMAN
Attorney for Plaintiffs

## ORDER

It is so ordered.

July 1, 2009

_____
ELIZABETH D. LAPORTE
Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*United States District Court, Northern District of California*