1  SID WOLINSKY (SBN 33716)
   KARLA GILBRIDE (SBN 264118)
2  Disability Rights Advocates
   2001 Center Street, Fourth Floor
3  Berkeley, California 94704-1204
   Telephone:  (510) 665-8644
4  Facsimile:  (510) 665-8511
   TTY:        (510) 665-8716
5  Email:      general@dralegal.org

6  Attorneys for Plaintiffs

7  JOHN A. RUSSO, City Attorney (SBN 129729)
   RANDOLPH W. HALL, Assistant City Attorney (SBN 080142)
8  WILLIAM E. SIMMONS, Supervising Trial Attorney (SBN 121286)
   STEPHEN Q. ROWELL, Deputy City Attorney (SBN 098228)
9  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
10 Telephone: (510) 238-6520   Fax: (510) 238-6500
   Email: sqrowell@oaklandcityattorney.org
11
   Attorneys for Defendants
12

13

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILITY RIGHTS, INC.; and MARIAN GRAY, Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. C 07-04608 EDL <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE |

1   The parties have agreed on all details of a settlement agreement for this case, and the
2   agreement will be presented in closed session to the City Council and then must be approved in
3   open session of the Council. Due to the Council's schedule, the approval cannot take place until
4   early November. Because the parties would like to present a finalized settlement agreement for
5   Judge Laporte's approval at their next appearance before her, the parties stipulate and jointly
6   request that the Further Case Management Conference scheduled for October 13, 2009 at 3:00
7   PM be continued until on or after November 16, 2009, by which point the parties are confident
8   that the settlement agreement will be finalized.

9   IT IS SO STIPULATED.

10

11  Dated: 10/1, 2009         DISABILITY RIGHTS ADVOCATES

12

13                            By: _____
                                  SID WOLINSKY
14                                Attorney for Plaintiffs

15

16

17  Dated: 10/1, 2009         OFFICE OF THE CITY ATTORNEY

18

19                            By: _____
                                  STEPHEN Q. ROWELL
20                                JOHN A. RUSSO
                                  RANDOLPH W. HALL
21                                WILLIAM E. SIMMONS
                                  Attorneys for Defendants

22

23  IT IS SO ORDERED.
24      The further case management conference is continued to November 17, 2009 at 10:00a.m.
        A joint case management statement shall be filed no later than November 12, 2009.
25

26                            By: _____
27                                ELIZABETH D. LAPORTE
                                  Magistrate Judge
28

*IT IS SO ORDERED*
Judge Elizabeth D. Laporte

CFILC v. Oakland, Case No.: C 07-04608 EDL

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644