1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
   STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-3865      Fax:  (510) 238-6500
   Email: sqrowell@oaklandcityattorney.org

5
   Attorneys for Defendant
6  CITY OF OAKLAND

7  X03060/608175

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   CALIFORNIA FOUNDATION FOR          Case No. C 07-04608 EDL
12 INDEPENDENT LIVING CENTERS;
   CALIFORNIANS FOR DISABILITY        STIPULATION AND ~~PROPOSED~~
13 RIGHTS, INC;  and MARIAN GRAY, as a ORDER FOR CONTINUANCE OF CASE
   Taxpayer,                          MANAGEMENT CONFERENCE
14
                 Plaintiffs,
15
        v.
16
   CITY OF OAKLAND,
17
   Defendants.
18  .

19
          The parties have agreed on all details of a settlement agreement for this case, and
20
   the settlement will be presented in closed session to the City Council and then must be
21
   approved in open session of the Council. Due to the Council's schedule, the approval
22
   cannot take place until early December.  Because the parties would like to present a
23
   finalized settlement agreement for Judge Laporte's approval at their next appearance
24
   before her, the parties stipulate and jointly request that the Further Case Management
25

26

1  Conference scheduled for November 17, 2009 at 10:00 a.m be continued until on or after

2  December 22, 2009, by which point the parties are confident that the settlement will be

3  finalized.

4

5

6

7

8  _____                    Date: 11 / 12 / 09
   STEPHEN Q. ROWELL, ESQ.
9  Attorney for Defendant
   CITY OF OAKLAND
10

11

12 _____                    Date: 11 | 11 | 09
   SID WOLINSKY, ESQ
13 KARLA GILBRIDE
   Attorney for Plaintiffs
14

15

16

17

18
                                    **ORDER**    A further case management conference is scheduled
19                                               for December 22, 2009 at 10:00 a.m.  A joint case
                                                 management conference statement shall be filed no
20                                               later than December 15, 2009.
   **It is so ordered.**
21
   Dated:  November 12, 2009
22
   ELIZABETH D. LAPORTE
23 Magistrate Judge,
   United States District
24

25

26

---

STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT
CONFERENCE