```
 1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
    RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
 2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
    STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
 3  One Frank Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone: (510) 238-3865     Fax: (510) 238-6500
    Email: sqrowell@oaklandcityattorney.org
 5
    Attorneys for Defendant
 6  CITY OF OAKLAND

 7  X03060/608175
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS; CALIFORNIANS FOR DISABILTITY RIGHTS, INC; and MARIAN GRAY, as a Taxpayer,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>    Defendants. | Case No. C 07-04608 EDL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The parties have agreed on all details of a settlement agreement for this case, and the settlement will be presented in closed session to the City Council and then must be approved in open session of the Council. Due to the Council's schedule, the approval cannot take place until early January 2010. If the settlement is approved, Plaintiffs will promptly dismiss this action and no further Case Management Conference will be necessary. Accordingly, the parties stipulate and jointly request that the Further Case

STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Management Conference scheduled for December 22, 2009 at 10:00 a.m be continued until on or after February 9, 2010. By that point the parties will know whether the City Council has approved the settlement, in which case the action will be dismissed, or has rejected it, in which case a Further Case Management Conference will be required.

_____  Date: 12/16/09
STEPHEN Q. ROWELL, ESQ.
Attorney for Defendant
CITY OF OAKLAND

_____  Date: December 16, 2009
SID WOLINSKY, ESQ.
Attorney for Plaintiffs

It is so ordered.

ORDER  The case management conference is continued to February 9, 2010 at 10:00 a.m. A joint case management conference statement shall be filed no later than February 2, 2010.

_____
ELIZABETH D. LAPORTE
Magistrate Judge
United States District Court

[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / Northern District of California]

STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE